UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Wendell Harrison, §<br>  Petitioner, §<br> §<br>v. §<br> §    Civil Action H-22-3589<br>Bobby Lumpkin, §<br>Director, Texas Department of §<br>Criminal Justice, Correctional §<br>Institutions Division, §<br>  Respondent. § | |

## Order of Adoption

On December 6, 2022, Magistrate Judge Peter Bray recommended that Wendell Harrison's petition be dismissed without prejudice for failure to exhaust state court remedies. (6) Harrison filed objections. (7, 8) The objections are overruled. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on December 28, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge